914 N.E.2d 487 (2009)
233 Ill.2d 565
PEOPLE State of Illinois, petitioner,
v.
James ANDERSON, respondent.
No. 108330.
Supreme Court of Illinois.
September 30, 2009.
*488 In the exercise of this Court's supervisory authority, the Appellate Court, First District, is directed to vacate its opinion in People v. Anderson, 389 Ill.App.3d 1, 328 Ill.Dec. 603, 904 N.E.2d 1113 (2009). The appellate court is instructed to reconsider in light of People v. Glasper, case No. 103937, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___, 2009 WL 1690305 (opinion filed 06/18/09) to determine if a different result is warranted.